In the Matter of PAUL FISCHHOF, Petitioner, against DEPARTMENT OF STATE OF THE STATE OF NEW YORK et al., Respondents.— Proceeding pursuant to article 78 of the Civil Practice Act to review a determination of the Department of State of the State of New York, revoking petitioner's license to engage in the business of private detective. Determination unanimously confirmed, with $50 costs and disbursements, and petition dismissed, without costs. No opinion. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.